JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. VELA,<br><br>　　　　Petitioner<br><br>　　v.<br><br>TAMMY FOSS,<br><br>　　　　Respondent. | Case No. 2:19-cv-05061-MWF (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: February 25, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE